Caitlin J. Scott, Esq. (State Bar No. 310619)
AMERICAN LEMON LAW GROUP, LLP
6230 Wilshire Blvd., Suite 885
Los Angeles, CA 90048
Telephone: 877-707-0004
Facsimile: 213-900-7010
E-service: eservice@allgteam.com

**Attorneys for Plaintiff, NANCY BELLEVILLE**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Belleville, an Individual<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-2631<br><br>[Los Angeles Superior Court Case No. 25NWCV00618]<br><br>**NOTICE OF MOTION MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**<br><br>**DATE: May 29, 2025**<br>**TIME:  10:00 a.m**<br>**COURTROOM: First Street Courthouse, Courtroom 5B**<br><br>**Action Filed: February 20, 2025**<br>**Trial Date: None** |

   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   **PLEASE TAKE NOTICE**, that on May 29, 2025, at **10:00 a.m.** or as soon thereafter as counsel may be heard the Hon. Hernán D. Vera in Courtroom 5B of the United States District Court, Central District Court, located at 350 W. 1st Street,

-1-
**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMAND TO STATE COURT**

1  Courtroom 5B, 5th Floor, Los Angeles, California 90012, Plaintiff Nancy Belleville ("Plaintiff") will and hereby does move the court for an order remanding this action to state court, specifically, the Los Angeles County Superior Court.

This Motion is made pursuant to 28 U.S.C. section 1447 because the removing party has the burden of proving that removal is proper both substantively and procedurally and, based upon the statements and evidence provided by Defendant PORSCHE CARS NORTH AMERICA, INC. ("Defendant"), it does not appear that Defendant can meet that burden.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 10, 2025. The Parties disagreed on whether Defendant met its burden of proof that removal was procedurally and substantively proper. (See, Scott Decl. ¶ 5, Exhibit 1").

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of Caitlin J. Scott, all pleadings, records, documents, and papers on file herein, and upon such oral argument and documentary evidence as may be presented at the hearing of this Motion.

**AMERICAN LEMON LAW GROUP, LLP**

Dated:       April 25, 2025

 /s/ *Caitlin J. Scott*
Caitlin J. Scott, Esq.
Attorney for Plaintiff Nancy Belleville

-2-

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMAND TO STATE COURT**