Caitlin J. Scott, Esq. (State Bar No. 310619)
AMERICAN LEMON LAW GROUP, LLP
6230 Wilshire Blvd., Suite 885
Los Angeles, CA 90048
Telephone: 877-707-0004
Facsimile: 213-900-7010
E-service: eservice@allgteam.com

**Attorneys for Plaintiff, NANCY BELLEVILLE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nancy Belleville, an Individual<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-2631<br>[Los Angeles Superior Court Case No. 25NWCV00618]<br><br>**[PROPOSED] ORDER GRANTING MOTION AND MOTION FOR REMAND TO STATE COURT**<br><br>DATE: May 29, 2025<br>TIME: 10:00 a.m<br>COURTROOM: First Street Courthouse, Courtroom 5B<br><br>Action Filed: February 20, 2025<br>Trial Date: None |

-1-
**[PROPOSED] ORDER GRANTING MOTION AND MOTION FOR REMAND TO STATE COURT**

1  On February 20, 2025, Plaintiff Nancy Belleville filed the instant action in the State of California, County of Los Angeles.

2  On March 26, 2025, Defendant PORSCHE CARS NORTH AMERICA, INC., removed this action from the Superior Court of California, County of Los Angeles (Case No. 25NWCV00618) to the United States District Court for the Central District of California.

3  Plaintiff seeks to have this action remanded to State court, specifically to the Los Angeles County Superior Court. Plaintiff's Motion is made pursuant to 28 U.S.C. section 1447 because Defendant PORSCHE CARS NORTH AMERICA, INC., as the removing party, has failed to meet the burden of proving that removal is proper both substantively and procedurally.

4  The Court, having considered Plaintiff's Motion to Remand to State Court and finding good cause therefore, hereby GRANTS the Motion and the Motion and REMANDS this action to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated: _____

_____
HON. Hernán D. Vera
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING MOTION AND MOTION FOR REMAND TO STATE COURT**